*11091662*
*$ 3634.21*
*4-14-11*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 3,634.21
CHECK # 15475 FOR $ 3,634.21
Representing unclaimed funds.

DATED: 4-13-2011

_____
ALBERT J. MOGAVERO
TRUSTEE

FILED
APR 14 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 148149 | TUCHOLSKI, II | 0702364 | 154.86 | EDUCATION RESOURCES INSTIT | 31 ST. JAMES AVENUE | | BOSTON MA | 02116 |
| 148191 | ARTIS | 0590085 | 31.56 | AFNI/VERIZON | 404 BROCK DRIVE | | BLOOMINGTON IL | 61701 |
| 148199 | MCCLAMB | 0519985 | 0.02 | AFNI/VERIZON WIRELESS | 404 BROCK DRIVE | | BLOOMINGTON IL | 61702309 |
| 149180 | ROWELL | 1011947 | 5.00 | CHAPTER 7 TRUSTEE - MARK WALLACH (10-15002) | | | UNKNOWN NY | 14202 |
| 149181 | DI ANGELO | 0911078 | 5.00 | CHAPTER 7 TRUSTEE - WILLIAM LAWSON | | | UNKNOWN NY | 14202 |
| 149182 | GAJEWSKI | 0590075 | 5.00 | CHAPTER 7 TRUSTEE - MORRIS HORWITZ | | | UNKNOWN NY | 14202 |
| 149183 | SPENCER | 0703371 | 5.00 | CHAPTER 7 TRUSTEE - WENDY CHRISTOPHERSEN | | | UNKNOWN NY | 14202 |
| 149185 | MARDINO, JR. | 0910597 | 5.00 | CHAPTER 7 TRUSTEE - MARK SCHLANT | | | UNKNOWN NY | 14202 |
| 149190 | MCINERNEY | 0913880 | 11.39 | CHAPTER 7 TRUSTEE - MARK WALLACH | 242 DREXEL AVENUE | | WESTBURY NY | 11590 |
| 150483 | HUFFMAN | 0601175 | 280.15 | DRUCKMAN & SINEL, LLP | P.O. BOX 60130 | | CITY INDUSTRY CA | 917160135 |
| 151168 | LAURIA | 0811106 | 300.86 | HSBC AUTO FINANCE | P.O. BOX 60130 | | CITY INDUSTRY CA | 917160135 |
| 151183 | BRAYMILLER | 0811365 | 31.70 | HSBC AUTO FINANCE | C/O PRA RECEIVABLES MANAGEME PO BOX 12907 | | NORFOLK VA | 23541 |
| 151185 | KEW | 1011837 | 967.65 | HSBC BANK NEVADA | P.O. BOX 5213 | BANKRUPTCY DEPT. | CAROL STREAM IL | 60197 |
| 151191 | RING | 0910637 | 32.64 | HSBC BANK USA, N.A. | P.O. BOX 5216 | | CAROL STREAM IL | 60197 |
| 151215 | CINA, JR. | 0513251 | 238.55 | HSBC BANK USA, N.A. | P.O. BOX 5216 | | CAROL STREAM IL | 60197 |
| 151221 | PASCUZZI | 0701818 | 21.11 | HSBC BANK USA, N.A. | P.O. BOX 5216 | | CAROL STREAM IL | 60197 |
| 151225 | SMITH | 0704076 | 337.18 | HSBC BANK USA, N.A. | P.O. BOX 5216 | | CAROL STREAM IL | 60197 |
| 151226 | FREEMAN, III | 0704180 | 4.04 | HSBC BANK USA, N.A. | P.O. BOX 5216 | | CAROL STREAM IL | 60197 |
| 151231 | SPERDUTI | 0810558 | 72.43 | HSBC BANK USA, N.A. | P.O. BOX 5216 | | CAROL STREAM IL | 60197 |
| 151239 | PAGANO | 0811730 | 51.43 | HSBC BANK USA, N.A. | P.O. BOX 5216 | | CAROL STREAM IL | 60197 |
| 151702 | LOVEWELL | 0702036 | 407.45 | MIDLAND MORTGAGE | 999 NW GRAND BLVD STE 100 | | OKLAHOMA CITY OK | 73118 |
| 152216 | PASCUZZI | 0701818 | 58.79 | ORTHODONTISTS ASSOCIATES O WESTERN NEW YORK, PC | 6590 EAST QUAKER ROAD | | ORCHARD PARK NY | 14127 |
| 152648 | CONIBEAR | 0592343 | 386.71 | SEMRAU, JUDITH | 92 LEYSTONE | | BUFFALO NY | 14211 |
| 153113 | LOTT | 0703095 | 125.46 | VERIZON | PO BOX 3037 | ATTN: BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 153114 | NICHOLAS | 0601341 | 42.04 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 153115 | LITTLE | 0602460 | 20.16 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 153117 | HERVEY | 0701088 | 33.03 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| | | | $3,634.21 | | | | | |